02-10-422-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00422-CV

 

 


 
 
 Fountain Oaks Town Center, LLC AND
 Jeffrey A. Rattikin
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Dr. Martin McGonagle and wife Mary
 E. McGonagle
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE
355th District Court OF Hood COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellants' Unopposed Motion To
Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeals of
appellants Fountain Oaks Town Center, LLC and
Jeffrey A. Rattikin.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the appeals shall be paid by appellants, for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

PER
CURIAM

 

PANEL:  GABRIEL, J.;
LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED:  February 17, 2011











[1]See Tex. R. App. P. 47.4.